# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                              Case No.: 3:08-bk-06801-JAF

WESLEY GLENN TROTTER,                               Chapter 7

    Debtor.
_____/

## TRUSTEE'S NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE AT PRIVATE SALE

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; Gordon P. Jones, Chapter 7 Trustee, P.O. Box 600459, Jacksonville, FL 32260-0459; and U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, the Trustee will sell at private sale the Estate's interest in the following described property:

    Household goods and furnishings in the amount of $2,000.00, less applicable exemptions, for **$1,000.00**; 1998 Mercedes Benz C280 in the

{JA655455;1}

amount of $3,000.00, less applicable exemptions, for $2,000.00; 1998 Pontiac Grand Prix GT for **$1,000.00.**

The sale shall be to the Debtor for payment of **$4,000.00**, which shall be paid to the Trustee in twelve (12) equal monthly payments of $333.33 beginning on October 15, 2011 and continuing on or before the fifteenth (15th) day of each month for eleven (11) months thereafter. **Furthermore, the Debtor shall forthwith provide the Trustee proof that the tangible personal property and motor vehicle, if applicable, are insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue until the sale contemplated under this Notice is finalized.**

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one-day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one-day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to**

satisfy those encumbrances.

All checks shall be payable to Gordon P. Jones, Chapter 7 Trustee, and mailed to: Gordon P. Jones, Chapter 7 Trustee, P.O. Box 600459, Jacksonville, FL 32260.

Accepted and Agreed:

/s/ Wesley Glenn Trotter
Wesley Glenn Trotter

Date: September 25, 2011.

                      AKERMAN SENTERFITT

                      By:/s/ Jacob A. Brown
                         Jacob A. Brown
                         Florida Bar No.: 0170038
                         Email: jacob.brown@akerman.com
                         Katherine C. Fackler
                         Florida Bar No.: 0068549
                         Email: katie.coxe@akerman.com
                         50 North Laura Street, Suite 3100
                         Jacksonville, FL 32202
                         Telephone: (904) 798-3700
                         Facsimile: (904) 798-3730

                      Attorneys for Gordon P. Jones, Chapter 7 Trustee

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 5th day of October, 2011, to:

Wesley Glenn Trotter
1631 Indian Springs Drive
Jacksonville, FL 32246

Albert H. Mickler, Esq.
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211

Gordon P. Jones, Chapter 7 Trustee
P.O. Box 600459
Jacksonville, FL 32260-0459

United States Trustee – JAX7
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

and all parties on the attached mailing matrix.

/s/ *Jacob A. Brown*
Attorney

{JA655455;1}

```
Label Matrix for local noticing          America's Servicing Co.              America's Servicing Company
113A-3                                   3476 Stateview Blvd.                 Law Offices of David Stern, P.A.
Case 3:08-bk-06801-JAF                   Fort Mill, SC 29715-7203             c/o Anila S. Rasul, Esq.
Middle District of Florida                                                    900 South Pine Island Road, Ste. 400
Jacksonville                                                                  Plantation, FL 33324-3920
Wed Oct  5 09:44:48 EDT 2011

America's Servicing Company              America's Servicing Company          American InfoSource
Law Ofifices of David J Stern PA         Marinosci Law Group, PA              PO Box 54529
c/o Frederic J DiSpigna Esq              c/o Bart T. Heffernan, Esq.          Oklahoma City, OK 73154-1529
900 South Pine Island Rd Ste 400         100 West Cypress Creek Road
Plantation, FL 33324-3920                Suite 1045
                                         Ft. Lauderdale, FL 33309-2191

Jacob A. Brown                           Florida Dept of Labor and Security   Florida Dept of Revenue
Akerman Senterfitt                       Hartman Building, Suite 307          P.O. Box 6668
50 North Laura Street                    2012 Capital Circle, Southeast       Tallahassee, FL 32314-6668
Suite 3100                               Tallahassee, FL 32399-6583
Jacksonville, FL 32202-3659

Household Finance Corporation III        IRS                                  National Capital Management, LLC
PO Box 21188                             Centralized Insolvency Operations    8245 Tournament Drive, Ste. 230
EAGAN, MN 55121-0188                     P.O. Box 7346                        Memphis, TN 38125-1741
                                         Philadelphia, PA 19101-7346

PRA  Receivables Management LLC          Wesley Glen Trotter                  AT&T Universal Card
POB 41067                                1631 Indian Springs Drive            P O Box 6940
Norfolk, VA 23541-1067                   Jacksonville, FL 32246-7261          The Lakes, NV 88901-6940

America's Servicing Company              America's Servicing Company          American Express
Attn: Bankruptcy Dept.                   P O Box 10388                        P.O. Box 981537
One Home Campus                          Des Moines, IA 50306-0388            El Paso, TX 79998-1537
MAC# X2501-01D
Des Moines, IA 50328-0001

American Express Centurion Bank          Bank Of America                      Cap One
c/o Becket and Lee LLP                   4060 Ogletown/Stan                   Pob 30281
POB 3001                                 Newark, DE 19713                     Salt Lake City, UT 84130-0281
Malvern PA 19355-0701

Capital One Bank (USA), N.A.             Citibank/Choice                      Citifinancial
PO Box 71083                             P O Box 6241                         P O Box 499
Charlotte, NC  28272-1083                Sioux Falls, SD 57117-6241           Hanover, MD 21076-0499

Citifinancial Inc                        City of Jacksonville                 Discover Bank/DFS Services LLC
P.O.box 140489                           General Counsel                      PO Box 3025
Irving, TX 75014-0489                    117 West Duval Street, Suite 480     New Albany, OH  43054-3025
                                         Jacksonville, FL 32202-3734

(p)DISCOVER FINANCIAL SERVICES LLC       Exxon/Mobil /Citibank                FIA/ CSNA
PO BOX 3025                              Po Box 688940                        4060 Ogletown/Stan
NEW ALBANY OH 43054-3025                 Des Moines, IA 50368-8940            Newark, DE 19713
```

| | | |
|---|---|---|
| FL Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | First Card<br>2500 Westfield Dr<br>Elgin, IL 60124-7836 | GEMB/J C Penney<br>Po Box 960090<br>Orlando, FL 32896-0090 |
| Goodyear/CBSD<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | HSBC Bank USA<br>PO Box 2013<br>Buffalo, NY 14240-2013 | Home Depot/CBSD<br>P O Box 6497<br>Sioux Falls, SD 57117-6497 |
| Household Finance Corporation III<br>636 Grand Regency Blvd<br>Brandon, FL 33510-3942 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Marilene Trotter<br>1631 Indian Springs Drive<br>Jacksonville, FL 32246-7261 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Sears/Cbsd<br>P O Box 6937<br>The Lakes, NV 88901-6937 |
| Suntrust Bank<br>P O Box 15726<br>Wilmington, DE 19886-5726 | Tax Collector, Duval County<br>231 E. Forsyth Street, #130<br>Jacksonville, FL 32202-3380 | Ucs/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Wells Fargo Financial Bank<br>4137 121st Street<br>Urbandale IA 50323-2310 | Wells Fargo Financial Bank<br>Po Box 98791<br>Las Vegas, NV 89193-8791 |
| Gordon P. Jones +<br>P O Box 600459<br>Jacksonville, FL 32260-0459 | Albert H. Mickler +<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6800 | Bryan K. Mickler +<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 |
| United States Trustee - JAX 7 7+<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | Traci H. Rollins +<br>Squire Sanders & Dempsey LLP<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6161 | Bart T. Heffernan +<br>Marinosci Law Group, P.A.<br>100 West Cypress Creek Road, Ste 1045<br>Ft. Lauderdale, FL 33309-2191 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial
P O Box 15251
Wilmington, DE 19886-5251

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0326

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC.
PO Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

(d)Jacob A Brown +
Akerman Senterfitt
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

End of Label Matrix
Mailable recipients    56
Bypassed recipients     2
Total                  58